IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMETRIUS NEWTON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) |
| v. | ) Civil Action No.  2:12-cv-1081 |
| | )          WKW-MHT-WHP |
| THE STATE OF ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION TO CONSOLIDATE**

Pursuant to Federal Rule of Civil Procedure 42(a)(2), the State of Alabama, Robert J. Bentley, in his official capacity as Governor of Alabama, and Beth Chapman, in her official capacity as Secretary of State of Alabama, defendants in this action (the "State Defendants"), move for the consolidation of this case with the case styled *Alabama Legislative Black Caucus, et al., v. The State of Alabama, et al.*, Civil Action No. 2:12-cv-691-WKW-MHT-WHP, (the "ALBC case") which is presently pending before this Court and raises similar challenges to the legality of the legislative redistricting plans enacted and precleared in 2012.  In support of this Motion, the State Defendants state:

1

1. Both of these cases challenge the legality of the redistricting plans that were adopted in 2012 for the Alabama Senate and Alabama House of Representatives. They arise from the same set of operative facts and involve common questions of law.

2. To the extent that one of the State Defendants has not yet been served in this case, that State Defendant makes this Motion without waiving service. In the *ALBC* case, the court heard argument on dispositive motions on December 12, 2012, but has not yet ruled. Accordingly, the *ALBC* case is not too far ahead of this case for the two cases to proceed together.

2. The same three-judge court has been appointed to hear both the *ALBC* case, and this case. It would be a waste of judicial resources for the same three-judge court to hear the two legal challenges to the same redistricting plans in separate proceedings.

3. Unless these two cases are consolidated, the State Defendants will be at risk of doing everything twice, from initial disclosures to propounding and responding to discovery to briefing. Likewise, witnesses will be at the risk of being deposed twice.

For the foregoing reasons, this Court should order that this case be consolidated with the pending *Alabama Black Legislative Caucus v. State of Alabama.*

Date  December 19, 2012

Respectfully submitted,
LUTHER STRANGE
Attorney General of Alabama
By:

/s/John J. Park, Jr.
*Deputy Attorney General*
Alabama State Bar ID ASB-xxxx-P62J
E-mail:  jjp@sbllaw.net

Strickland Brockington Lewis LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street NE
Atlanta, GA 30309
Telephone:  678.347.2200
Facsimile:   678.347.2210

/s/ James W. Davis
*Assistant Attorney General*
Alabama State Bar ID ASB-xxxx-I58J
E-mail:  jimdavis@ago.state.al.us

 /s/ Misty S. Fairbanks Messick
*Assistant Attorney General*
Alabama State Bar ID ASB-xxxx-T71F
E-mail:  mmessick@ago.state.al.us

Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama  36130-0152
Telephone: 334-242-7300
Facsimile:  334-353-8440

## CERTIFICATE OF SERVICE

I hereby certify that, on December 19, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>James H. Anderson, Esq.
>William F. Patty, Esq.
>Jesse K. Anderson, Esq.
>Jackson, Anderson & Patty, P.C.
>Post Office Box 1988
>Montgomery, AL 36102
>bpatty@jaandp.com
>janderson@jaandp.com
>
>Walter S. Turner, Esq.
>2222 Narrow Lane Road
>Montgomery, AL 36106
>wsthayer@juno.com
>
>John K. Tanner, Esq.
>White Arnold & Dowd, P.C.
>2025 Third Avenue North, Suite 500
>Birmingham, AL 35203
>john.k.tanner@gmail.com
>
>Joe M. Reed, Esq.
>Joe M. Reed & Associates, LLC
>524 South Union Street
>Montgomery, AL 36104-4626
>joe@joereedlaw.com

>/s/John J. Park, Jr.
>Of Counsel